IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CYTOSPORT, INC., a California corporation,

    Plaintiff,

    v.

GLYCO MAX, INC., a Nevada corporation, and DOES 1 through 10, inclusive,

    Defendants.

2:06-cv-1272-GEB-EFB

ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE

       The status conference scheduled for September 11, 2006, is rescheduled to commence at 9:00 a.m. on November 20, 2006, in light of the parties' indication that a settlement agreement could be reached in this action if they are provided time to finalize a tentative settlement agreement they have already reached.  In accordance with the Order Setting Status (Pretrial Scheduling) Conference filed

/////
/////
/////
/////

1

1  June 12, 2006, a joint status report shall be filed no later than
2  November 6, 2006.[1]
3       IT IS SO ORDERED.
4  Dated:  August 31, 2006

6      /s/ Garland E. Burrell, Jr.
    GARLAND E. BURRELL, JR.
    United States District Judge

---

[1]  The parties are reminded that "[t]he failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties." (Order Setting Status (Pretrial Scheduling) Conference filed June 12, 2006, at 2 n.1.)