```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


CYTOSPORT, INC., a California,    )
corporation;                      )
                                  )   2:06-cv-1272-GEB-GGH
                   Plaintiff,     )
                                  )   ORDER TO SHOW CAUSE
        v.                        )   AND CONTINUING STATUS
                                  )   (PRETRIAL SCHEDULING)
GLYCO MAX, INC., a Nevada         )   CONFERENCE
corporation, and DOES 1 through   )
10, inclusive,                    )
                                  )
                   Defendants.    )
_____)
```

The September 1, 2006, Order Continuing Status (Pretrial Scheduling) Conference rescheduled the status conference in this case for November 20, 2006, and required the parties to file a joint status report no later than November 6, 2006. The Order further required that a status report be filed regardless of whether a joint report could be procured.[1] No status report was filed as ordered.

---

[1] As the Order states:

> The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file

(continued...)

1

     Plaintiff and Defendant are Ordered to Show Cause (OSC) no later than 4:00 p.m. on November 27, 2006, why sanctions should not be imposed under Rule 16(f) of the Federal Rules of Civil Procedure against the parties and/or their counsel for the failure to file a timely status report, as ordered.  The written response shall state whether the parties and/or their counsel are at fault and whether a hearing is requested on the OSC.[2]  If a hearing is requested, it will be held on February 12, 2007, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date.  In accordance with the requirements set forth in the September 1, 2006, Order, the parties shall file a joint status report no later than January 16, 2007.

     IT IS SO ORDERED.

Dated:  November 15, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1](...continued)
    a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

Order filed September 1, 2006, at 2 n.1.

[2] "If the fault lies with the attorney, that is where the impact of sanction should be lodged.  If the fault lies with the clients, that is where the impact of the sanction should be lodged." Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985).  Sometimes the faults of attorneys, and their consequences, are visited upon clients. In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).