UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CYTOSPORT, INC., a California, corporation;
          Plaintiff,
    v.
GLYCO MAX, INC., a Nevada corporation, and DOES 1 through 10, inclusive,
          Defendants.

2:06-cv-1272-GEB-GGH

<u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u>

      On March 12, 2007, the parties filed a Joint Status Report ("JSR") stating that "the parties have reached an agreement in principle, and are continuing . . . toward settlement and dismissal of this action" and "suggest[ing] that the Court continue the Scheduling Conference for approximately 30 days." (JSR at 5.) Accordingly, the Status (Pretrial Scheduling) Conference currently set for March 26, 2007 is rescheduled to commence at 9:00 a.m. on May 7, 2007. The

///

///

1

parties shall file a JSR no later than fourteen days prior to the status conference.[1]

IT IS SO ORDERED.

Dated:  March 15, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the JSR does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.